UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES LEE MCNEIL,

        Petitioner,

    v.

RICHARD MORGAN,

        Respondent.

Case No. C05-5328FDB

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, and there being no objections filed, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas petition is DISMISSED.

(3)    The Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 25th day of May 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE